IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: September 30, 2009

_____
SARAH S. CURLEY
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-01346/0003823895

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Randall Curtis Pruitt and Tamara Lyn Pruitt<br>      Debtors.<br>_____<br>EMC Mortgage Corporation<br>      Movant,<br>   vs.<br><br>Randall Curtis Pruitt and Tamara Lyn Pruitt,<br>Debtors, Office of the US Trustee, Trustee.<br><br>      Respondents. | No. 2:08-bk-11069-SSC<br><br>Chapter 11<br><br>ORDER<br><br>(Related to Docket #82) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated February 22, 2007 and recorded in the office of the Maricopa County Recorder wherein EMC Mortgage Corporation is the current beneficiary and Randall Curtis Pruitt and Tamara Lyn Pruitt have an interest in, further described as:

> Lot 22, PINNACLE CAYNON AT TROON NORTH UNIT 1, according to Book 421 of Maps, Page 40, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtors may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT